

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2023

Julia Harvey
77 Water Street, Suite 2100
New York, New York 10005
Julia.Harvey@lewisbrisbois.com
Direct: 646.989.9424

# MEMORANDUM ENDORSED

February 8, 2023

Application denied. Leave from the Court is not required for counsel to issue a subpoena. See FRPC 45(a)(3). It does not appear that counsel has attempted to issue subpoenas on their own initiative. No justification has been shown here for the Court to "so-order" any subpoena. The parties are reminded that the Court set an extended discovery deadline in this case nearly four months ago and that the deadlines for completion of discovery in this case remain real deadlines, as the Court advised during the initial pretrial conference.

**Via ECF**
Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.
Dated: February 8, 2023
New York, New York

_/s/ Gregory H. Woods_
GREGORY H. WOODS
United States District Judge

Re::   Jennifer Pratts v. Elmustafa Tarig Mohamed, et al.
      Venue           :   US Dist. Court, Southern Dist. of NY
      Index No.      :   1:22CV06231
      Our File No.  :   20993.95

Dear Judge Woods:

This office represents the defendants in the above-referenced matter.

My office has followed with plaintiff's medical providers and employer pursuant to HIPAA authorizations provided by plaintiff's counsel. However, my office has experienced delays in receiving medical records as many providers have not responded to our requests. At this time, the undersigned is requesting the Court so-order subpoenas to obtain plaintiff's medical records including and all radiology studies, from the following providers: Dr. Weinstein, Lenox Hill Radiology, Comprehensive Orthopedic, Lenox Hill Hospital, Grand Central Medicine, Dr. Gibbs, Mobile PT, Dr. Diwar and State Farm Insurance. The undersigned is also requesting the Court so-order subpoenas to obtain plaintiff's employer records from PCI Industries Corporation. Defense counsel would then immediately serve the so-ordered subpoenas.

Thank you for your attention to this matter.

Respectfully,

/s/

Julia Harvey for
LEWIS BRISBOIS BISGAARD & SMITH LLP

JH

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4861-4371-8479.1

Page 2

CC:

IKHILOV & ASSOCIATES
Attorneys for Plaintiff
JENNIFER PRATTS
2357 Coney Island Avenue
Brooklyn, New York 11223