UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER PRATTS,<br><br>                    Plaintiff(s),<br><br>v.<br><br>ELMUSTAFA TARIG MOHAMED, et al.,<br><br>                    Defendant(s). | 22-CV-6231 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

An order issued December 11, 2023, required the parties to file a joint status letter by December 29, 2023. *See* ECF No. 47. No such letter was filed.

It is hereby **ORDERED** that the parties file a joint status letter, as described at ECF No. 47, by **January 12, 2024**. Plaintiff is apprised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: January 5, 2024
New York, New York

DALE E. HO
United States District Judge