UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER PRATTS,<br><br>       Plaintiff,<br><br>    v.<br><br>ELMUSTAFA TARIG MOHAMED, et al.,<br><br>       Defendants. | 22-CV-6231 (DEH)<br><br>**<u>ORDER</u>** |

DALE E. HO, United States District Judge:

On November 15, 2023, this matter was placed on Judge Wood's June 2024 trial-ready calendar. *See* ECF No. 46. The undersigned was reassigned this matter on December 11, 2023. *See* ECF No. 47.

Due to a conflict on the Court's calendar, the jury trial in this action will be rescheduled and placed on the Court's August 2024 trial-ready calendar. The jury trial will begin on **<u>August 5, 2024, at 9:30 a.m. ET</u>** or the Court's first available date thereafter. The parties shall be ready to proceed on twenty-four hours' notice on or after August 5, 2024. The Court will hold a final pretrial conference in this case on **<u>July 2, 2024, at 11:00 a.m. ET</u>**. Both the final pretrial conference and jury trial will be held in Courtroom 905 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007.

The parties are directed to submit the following materials no later than **<u>May 7, 2024</u>**: (1) the joint pretrial order under Rule 5 of the Court's Individual Rules of Practice in Civil Cases; (2) other submissions permitted or required under Rule 5, including motions addressing any evidentiary issues or matters to be resolved *in limine*, exhibits lists, and proposed *voir dire* questions; (3) a proposed brief, mutually acceptable description of the case, to be read to the

venire; and (4) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

All counsel must familiarize themselves with the Court's Individual Trial Rules and Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: March 25, 2024
New York, New York

<br>

                                              DALE E. HO
                                      United States District Judge