Julia Harvey
77 Water Street, Suite 2100
New York, New York 10005
Julia.Harvey@lewisbrisbois.com
Direct: 646.989.9424

Application GRANTED.

The joint pretrial materials are due **June 25, 2024**.

The Clerk of Court is directed to close ECF No. 53.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: June 20, 2024
New York, New York

June 18, 2024

**Via ECF**
Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:: Jennifer Pratts v. Elmustafa Tarig Mohamed, et al.
Venue : US Dist. Court, Southern Dist. of NY
Index No. : 1:22CV06231
Our File No. : 20993.95

Dear Judge Ho:

Please allow the following to serve as a joint request for extension of time to submit (1) the joint pretrial order under Rule 5 of the Court's Individual Rules of Practice in Civil Cases (2) other submissions permitted or required under Rule 5, including motions addressing any evidentiary issues or matters to be resolved in limine, exhibits lists, and proposed voir dire questions; (3) a proposed brief, mutually acceptable description of the case, to be read to the venire; and (4) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

This is the second request for an extension of time to submit the above-referenced materials.

A final pretrial conference is currently scheduled for July 2, 2024 at 11:00 a.m.

Via Order dated November 15, 2023, Judge Gregory H. Woods directed the parties to submit a joint pretrial order, a proposed brief description of the case and proposed brief overview of the applicable law to be read to the jury as part of the Courts initial instructions, no later than April 17, 2024.

On December 11, 2023, this matter was reassigned to Your Honor, Judge Dale E. Ho. Via Order dated April 9, 2024, Your Honor granted the parties' first request for an extension of time to

submit the above-referenced materials. The current deadline for such materials is today, June 18, 2024.

Counsel for defendants sent drafts of a proposed joint pretrial order, proposed voir dire questions, a proposed verdict sheet and a proposed joint request to charge to plaintiff's counsel via e-mail on June 13, 2024. At the time of the filing of the instant letter, counsel for defendants awaits a response with proposed revisions, objections and/or additions. Counsel for defendants followed with plaintiff's counsel as to this issue via telephone and e-mail on June 17, 2024, and via telephone and e-mail today, June 18, 2024.

Counsel for defendants anticipates proposed revisions and/or additions to the aforementioned documents from plaintiff's counsel and would be deeply prejudiced should the aforementioned documents be submitted to the Court without the opportunity for further review by the undersigned. The undersigned also notes that this Court requires motions addressing any evidentiary issues or other matters that should be resolved *in limine* be submitted at the time of the filing of the joint pretrial order. Without receipt of plaintiff's counsel's proposed additions and/or revisions to the joint pretrial order, counsel for defendants cannot appropriately address any potential evidentiary issues.

As such, parties request that the time for plaintiff's counsel to provide any revisions and/or additions to the joint pretrial order be extended to June 20, 2024. Parties further request that the time to submit the (1) the joint pretrial order under Rule 5 of the Court's Individual Rules of Practice in Civil Cases (2) other submissions permitted or required under Rule 5, including motions addressing any evidentiary issues or matters to be resolved in limine, exhibits lists, and proposed voir dire questions; (3) a proposed brief, mutually acceptable description of the case, to be read to the venire; and (4) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, be extended to June 25, 2024.

Respectfully submitted,

/s/ Cynthia Attard, Esq.
IKHILOV & ASSOCIATES
Attorneys for Plaintiff
JENNIFER PRATTS
76 West Brighton Avenue, Suite 212
Brooklyn, New York 11224
718-336-4999

/s/ Julia Harvey, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorneys for Defendants
77 Water Street, 21st Floor
New York, New York 10005
Telephone:(212) 232-1300
File No.: 20993.95