UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER PRATTS,<br><br>                Plaintiff,<br><br>v.<br><br>ELMUSTAFA TARIG MOHAMED, et al.,<br><br>                Defendants. | 22-CV-6231 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to a conflict on the Court's calendar, the final pretrial conference in this action will be **RESCHEDULED** to **July 19, 2024, at 11:00 a.m. ET**. The final pretrial conference will be held in Courtroom 905 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007.

Defendants filed a motion in limine on June 25, 2024. *See* ECF No. 55-5. Plaintiff shall file any opposition to the motion, not to exceed five pages, by **July 3, 2024**, at which point the motion will be deemed fully briefed.

All counsel must familiarize themselves with the Court's Individual Trial Rules and Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: June 26, 2024
       New York, New York

                                                    DALE E. HO
                                        United States District Judge