



**ATTORNEYS AT LAW**

Headquarters
76 W. Brighton Avenue, Suite 212
Brooklyn, New York 11224

Bronx Office
5790 Broadway, Second Floor
Bronx, New York 10463

Kindly Direct All Correspondance to Headquarters | Direct Line: 718.336.4999 | Facsimile: 718.336.1509 | email: info@eiesq.com

The final pretrial conference is rescheduled to **July 30, 2024, at 11:00 a.m. ET**.

The Clerk of Court is directed to close ECF No. 58.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: July 8, 2024
New York, New York

**BY ECF Only**
United States District Judge Dale Ho
U.S. District Court-Southern District Court
40 Foley Square
New York, New York 10007

Re:     **Jennifer Pratts v Elmustafa Tarig Mohamed et al**
        **Docket No.: 1:22-cv-06231-DEH**

Your Honor:

Based upon the recent Order submitted by the Court, the final pretrial conference in this action was administratively rescheduled to July 19, 2024, at 11:00 a.m. However, Plaintiff's counsel is unable to appear since I will be traveling out of the country.

Plaintiff's counsel hereby requests for an adjournment of the conference to either a date prior to July 15, 2024 or any date amenable to the Court after July 29, 2024.

Thank you for your time and attention to this matter.

Very truly yours,

*Cynthia Attard, Esq.*
**IKHILOV & ASSOCIATES**
76 West Brighton Avenue
Suite 212
Brooklyn, New York 11224
(718) 336-4999 (telephone)
Email: cynthia@eiesq.com

cc:     All Counsel of Record via CM/ECF